**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL S. JACKSON,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CA 08-0254-CG-C** |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | | |
| | : | |
| **Defendant.** | | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the

amount of $3,697.70 under the Equal Access to Justice Act, representing compensation for the

21.2 hours of service by Byron A. Lassiter, Esquire, at the cost-of-living-adjusted rate of

$174.42 per hour, and court costs of $350.00; the total EAJA award due and owing plaintiff is

$4,047.70. The filing fee  portion of the EAJA award is to be reimbursed from the Judgment

Fund administered by the United States Department of Treasury.

 **DONE and ORDERED** this 6th day of April, 2009.


　　　　　　　　　　　 /s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**