IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL S. JACKSON,            :

    Plaintiff,            :

vs.                            :    CA 08-0254-CG-C

MICHAEL J. ASTRUE,             :
Commissioner of Social Security,
                               :
    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 5, 2010 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 8th day of June, 2010.

                              /s/ Callie V. S. Granade
                              UNITED STATES DISTRICT JUDGE